## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
CONOR MCENEANY,

                Plaintiff,                              21 **CIVIL** 10370 (LGS)(SLC)

      -v-                                              **JUDGMENT**

KILOLO KIJAZAKI,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated June 1, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
            June 1, 2022

                                                                    **RUBY J. KRAJICK**

                                                                    _____
                                                                        **Clerk of Court**
                       **BY:**        K. Mango
                                                                       _____
                                                                         **Deputy Clerk**