UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CONOR MCENEANY,
                            Plaintiff,

                      21 Civ. 10370 (LGS)
-against-

                      ORDER
COMMISSIONER OF SOCIAL SECURITY,
                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 13, 2022, Defendant filed a proposed stipulation and order under seal, without providing any justification as to why the document should be sealed. It is hereby

**ORDERED** that by **June 30, 2022**, Defendant shall either (i) re-file the proposed stipulation and order on the public docket, or (ii) file a motion to seal the proposed stipulation and order, in accordance with this Court's Individual Rules.

Dated: June 28, 2022
       New York, New York

                                                      LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE